# LAW OFFICE OF PHILIP STEVEN HORNE, ESQ.
# LABOR AND PROPERTY LITIGATION

1155 Market Street
San Francisco, California 94103
philhorne@sbcglobal.net
415.552.2740//415.552.2770 (f)

*Electronic and Personal Delivery 2008 January 30*

The Honorable Susan Illston
JUDGE OF THE DISTRICT COURT
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RE: KNAPP v. WACHOVIA/3:07-cv-04551
MEDICAL CONDITION OF COUNSEL FOR PLAINTIFF

Dear Judge Illston:

Since approximately 2008 January 02, I have been in treatment with Dr. Robin Serrahn, MD of UCSF, for a bleeding ulcer (caused by the ingestion of NS Aids for Sciatica). This is a severe and life-threatening condition that kills more Americans each year than HIV.

I am 5'10". The condition caused my weight to drop from 155 to 127 pounds. I am extremely weak and have not been capable of working for the past two weeks. I am enduring constant pain from the Sciatica, ulcer, and skin lesions related to the ulcer. I have been prescribed and take heavy duty narcotics (Oxycodone). I am not capable of working when I take the pain killers.

In the present matter, there is a FRCP Section 12(b)(3) motion set for February 22. My opposition is due February 01.

I am not capable of reviewing the motion or preparing any opposition at this time.

I respectfully request that the hearing be continued for 14 days to hopefully allow me to recover.

The Court grants the request for a two week continuance.
The motion is continued to Friday, March 7, 2008, at 9:00 a.m.

Sincerely,
/s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
ATTORNEY FOR PLAINTIFFS



*Correspondence 20070130*