# LAW OFFICE OF PHILIP STEVEN HORNE, ESQ.
# LABOR AND PROPERTY LITIGATION

**1155 Market Street**
**San Francisco, California 94103**
philhorne@sbcglobal.net
**415.552.2740//415.552.2770 (f)**

*Electronic and Personal Delivery 2008 February 15*

The Honorable Susan Illston
JUDGE OF THE DISTRICT COURT
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      RE:    KNAPP v. WACHOVIA/3:07-cv-04551
               UPDATE ON MEDICAL CONDITION OF
               COUNSEL FOR PLAINTIFF

Dear Judge Illston:

As my previous correspondence indicated, I am currently in treatment for a bleeding ulcer.

I am down about 30 pounds, extremely weak, unable to stand or walk for more than short periods, and suffering a great deal of gut pain.

Last week and because my condition was continuing to deteriorate, my doctor—Robin Serrahn, MD—admitted me to the hospital for emergency diagnostic tests. Both my stomach and colon were scoped and biopsied. My follow up appointment is not until the 21st.

My prescriptions were changed such that my antibiotic was discontinued and I was prescribed Protonix. According to the GI team which conducted the scoping and biopsy, I probably will not notice improvement for four to six weeks.

Finally, I am still taking Oxycodone for pain. Said is a heavy duty and disabling narcotic.

I must ask for a further continuance of the scheduling conference and defendants' 12(b)(3) motion. I hereby request a continuance of each for six (6) weeks.

I am taking a medical leave from all of my cases.

Sincerely,
/s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
ATTORNEY FOR PLAINTIFFS

[Stamp: IT IS SO ORDERED / Judge Susan Illston]

The initial case management conference has been continued to 3/21/08 @ 2 p.m.

*Correspondence 2008.02.15*