# LAW OFFICE OF PHILIP STEVEN HORNE, ESQ.
## LABOR AND PROPERTY LITIGATION

**1155 Market Street**
**San Francisco, California 94103**
philhorne@sbcglobal.net
**415.552.2740//415.552.2770 (f)**

*Electronic and Personal Delivery 2008 February 25*
The Honorable Susan Illston
JUDGE OF THE DISTRICT COURT
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      RE:    KNAPP v. WACHOVIA/3:07-cv-04551
              FURTHER UPDATE ON MEDICAL CONDITION OF
              COUNSEL FOR PLAINTIFF

Dear Judge Illston:

As my previous correspondence indicated, I am currently in treatment for a bleeding ulcer. I am in an life-threatening condition.

I am down about 40 pounds, extremely weak, unable to stand or walk for more than short periods, and suffering a great deal of gut pain.

Because my condition is continuing to deteriorate, my doctor—Robin Serrahn, MD—admitted me to the hospital for emergency diagnostic tests. Both my stomach and colon were scoped and biopsied.

Dr. Serrahn reviewed the results with me last Wednesday and ordered new medication. In addition, Dr. Serrahn warned me that I will not see improvement for weeks or even months.

Dr. Serrahn ordered me to avoid all work and all stress and issued the attached work restriction— no work for balance of February and through March.

In this matter, I have defendant's FRCP 12(b)(3) motion and the setting conference during March. Those hearings were both continued on 2008 February 15 by this court's order.

I need to further continue **both** hearing dates until mid-May so that I can take my leave and then return to perform work before the hearings.

Sincerely,
/s/Philip Steven Horne, Esq.
Philip Steven Horne, Esq.
ATTORNEY FOR PLAINTIFFS

The motion to remand is continued to May 16, 2008 at 9 a.m. and the initial case maangement conferenc eis continued to 5/16/ at 2 p.m.

*IT IS SO ORDERED*
*Judge Susan Illston*

*Correspondence 20080225*

I, Robin Serrahn, hereby declare as follows:

1. I am a medical doctor duly licensed to by the State of California.

2. I have been treating Philip S. Horne for a bleeding ulcer since 2008 January 02. The ulcer has caused Mr. Horne to lose 30 pounds. He is in constant pain, extremely weak, and unable to stand or walk for more than short periods.

3. Mr. Horne was hospitalized for urgent diagnostic tests—including scoping and biopsy--on or about 2008 February 05.

4. As a result of said tests, Mr. Horne's treatment has been changed.

5. Because of his condition and medications related thereto, Mr. Horne cannot work.

6. I placed a new restriction on Mr. Horne—no work through 2008 April 01 and no lifting until released.

I make the foregoing declaration under penalty of perjury under the laws of the State of California. Executed in San Francisco 2008 February 20.