PHIL HORNE, ESQ. 173183

    Domain:    justicephil.com (soon)
    Electronic:  justicephil@gmail.com
    Voice:     415.577.1170
    Facsimile:  by email
    Brick      1260 Mission Street
                San Francisco, California 94103

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP,<br>THOMAS HAMPTON DEAR,<br><br>   Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION,<br>a Corporation,<br>WACHOVIA SBA LENDING, INC.,<br>a Corporation,<br>and DOES 1-300,<br><br>   Defendants. | No.    2:08-cv-01059-MCE-EFB<br>         formerly 3:07-cv-04551-SI<br><br>Related:  2:09-cv-00474-MCE-GGH<br>         formerly 3:08-cv-02637-JL<br><br>**STIPULATED ORDER TO VACATE TRIAL DATE, CONSOLIDATE WITH RELATED MATTER, AND FILE AN AMENDED JOINT STATUS REPORT** |

*1*

Stipulated Order to Vacate Trial Date, Consolidate with Related Matter, and
Calendar Setting Conference on Consolidated Matter

PDF created with pdfFactory trial version www.pdffactory.com

The parties stipulate to vacate the trial date herein, consolidate the present matter with related matter 2:09-cv-00474-MCE-GGH (formerly 3:08-cv-02637-JL), and file an amended Joint Status Report regarding the consolidated action not later than twenty (20) days from the date this Order is electronically filed.

SO STIPULATED.

2008 December 11      /s/Phil Horne, Esq.
                      Phil Horne, Esq.
                      ATTORNEY FOR PLAINTIFFS KNAPP AND DEAR

2008 December 31      /s/Mark P. Grajski, Esq.
                      Mark P. Grajski, Esq.
                      ATTORNEY FOR DEFENDANTS

IT IS SO ORDERED.

DATED: April 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*2*

Stipulated Order to Vacate Trial Date, Consolidate with Related Matter, and Calendar Setting Conference on Consolidated Matter

PDF created with pdfFactory trial version www.pdffactory.com