PHIL HORNE, ESQ. 173183
justicephil@gmail.com
377 Hermann Street
San Francisco, CA 94117
415.504.4593

Attorney for Plaintiffs
LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR,

SEYFARTH SHAW LLP
Mark Grajski (SBN 178050)
MGrajski@seyfarth.com
Anthony J. Musante (SBN 252097)
AMusante@seyfarth.com
400 Capitol Mall #2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
WACHOVIA CORPORATION and WACHOVIA SBA LENDING, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, a corporation, WACHOVIA SBA LENDING, INC., <br><br> Defendants. | Case No. 2:08-CV-01059-MCE-EFB <br><br> **STIPULATION AND ORDER DISMISSING CONSOLIDATED CASES** <br><br> **FRCP 41(a)(1)(A)(ii)** |

  Plaintiffs Leith Patrick Knapp and Thomas Hampton Dear ("Plaintiffs") and defendants Wachovia Corporation and Wachovia SBA Lending, Inc. ("Defendants") submit the following stipulation and order dismissing in the entirety plaintiffs' consolidated cases.

  On April 28, 2009, by Order of this Court case 2:09-cv-474 MCE GGH and 2:08-cv-1059 MCE EFB were consolidated. After the issuance of the Order all documents were to be filed in the lead case number 2:08-cv-1059 MCE EFB only.

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties stipulate to the
2  dismissal of case number 2:08-cv-1059 MCE EFB.
3  **IT IS SO STIPULATED.**
4
5  DATED: February 22, 2010                    PHIL HORNE
6
7                                              By:___/s/ Phil Horne___
                                                     Phil Horne
8                                               Attorney for Plaintiffs
                                                LEITH PATRICK KNAPP
9                                               THOMAS HAMPTON DEAR.
10 DATED: February 22, 2010                    SEYFARTH SHAW LLP
11
12                                              By:___/s/ Mark P. Grajski_____
                                                     Mark P. Grajski
13                                                   Anthony J. Musante
                                                Attorneys for Defendants
14                                              WACHOVIA CORPORATION,
                                                WACHOVIA SBA LENDING, INC.
15
16
17                                  **ORDER**
18  The Stipulation of the Parties is adopted by the Court.  The Clerk of Court is directed to
19 close these consolidated cases in their entirety.
20  **IT IS SO ORDERED.**
21
22 DATED:  February 24, 2010
23                                              _____
                                                MORRISON C. ENGLAND, JR
24                                              UNITED STATES DISTRICT JUDGE

2